JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN BODEN, JEFF BENJAMIN, | CV 23-484 PA (AFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| JOSEPH E CACERES, | |
| Defendant. | |

Pursuant to the Court's March 1, 2023 Minute Order dismissing this action for failure to establish this Court's subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED:  March 1, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE